UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 13-cv-20592-KMW

MATT CRUSAN and MELISSA CRUSAN,
husband and wife, on behalf of themselves
and other similarly situated passengers,
onboard the Carnival Triumph,

      Plaintiffs,

vs.

CARNIVAL CORP.,

      Defendant.
_____/

## SUPPLEMENTAL NOTICE OF PENDING REFILED, RELATED OR SIMILAR ACTIONS

Defendant CARNIVAL CORP. ("Carnival") by and through undersigned counsel and pursuant to S.D. FLA. L.R. 3.8 hereby gives notice of pending similar actions:

1. *Williams v. Carnival Corp.*, No. 13-cv-20588-DLG. Action brought by a single passenger alleging personal injuries from the alleged incident onboard the Carnival *Triumph*.

2. *Dautreuil, et al. v. Carnival Corp.*, No. 13-20677-JAL. Consolidated action brought by seven (7) passengers onboard the Carnival *Triumph* for alleged personal injuries due to the alleged incident on the *Triumph*.

3. *Terry, et. al. v. Carnival Corp.*, No. 13-20571-DLG. Consolidated action brought by fifty-two (52) passengers onboard the Carnival *Triumph* for alleged personal injuries due to the alleged incident on the *Triumph*.

4. *Lynch v. Carnival Corp.*, No.. 13-CV-22032-WJZ. Action brought by a single passenger alleging personal injuries from the alleged incident onboard the Carnival *Triumph*.

**MASE LARA EVERSOLE**

5.  *Young v. Carnival Corp.*, No. 13-CV-22033-JAL.  Action brought by a single passenger alleging personal injuries from the alleged incident onboard the Carnival *Triumph*.

Respectfully submitted,

MASE, LARA, EVERSOLE, P.A.
*Attorneys for Defendant*
2601 South Bayshore Drive, Suite 800
Miami, Florida  33133
Telephone:  (305) 377-3770
Facsimile:   (305) 377-0080

By:   */s/ Thomas Briggs*
       CURTIS J. MASE
       Florida Bar No. 478083
       cmase@mletrial.com
       RICHARD D. LARA
       Florida Bar No.  987492
       rlara@mletrial.com
       THOMAS BRIGGS
       Florida Bar No.: 663034
       tbriggs@mletrial.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 1, 2013, I served the foregoing document with the Clerk to the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

        */s/ Thomas Briggs*
        THOMAS BRIGGS

CASE NO.: 13-cv-20592-KMW

# MATT CRUSAN and MELISSA CRUSAN vs. CARNIVAL CORPORATION

## SERVICE LIST

Michael A. Winkleman, Esq.
Kerry A. Nierenberg, Esq.
Carlos Llinas-Negret, Esq.
Lipcon, Margulies, Alsina & Winkleman, P.A.
One Biscayne Tower, Suite 1776
Two South Biscayne Boulevard
Miami, Florida 33131
Tel: (305) 373-3016
Fax: (305) 373-6204
mwinkleman@lipcon.com
fgodoy@lipcon.com
knierenberg@lipcon.com
CLlinas@lipcon.com
*Attorneys for Plaintiffs*

18421/#99