UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 13-cv-20592-KMW

MATT CRUSAN, et al.,

    Plaintiffs,
v.

CARNIVAL CORP.,

    Defendant.
_____/

**NOTICE OF SETTLEMENT AND
CONDITIONAL STIPULATION OF DISMISSAL**

**COMES NOW**, the Plaintiffs, MATT CRUSAN, et al., and hereby notify this Honorable Court that the parties have reached an amicable settlement of the above-styled matter.[1] Pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the parties conditionally stipulate to the dismissal of this action upon this Court's entry of an Order retaining jurisdiction for a period of 90 days to allow the parties to effectuate the terms of the settlement.

    Respectfully submitted,

    LIPCON, MARGULIES,
    ALSINA & WINKLEMAN, P.A.
    *Attorneys for Plaintiffs*
    Suite 1776, One Biscayne Tower
    2 South Biscayne Boulevard
    Miami, Florida 33131
    Telephone: (305) 373-3016
    Facsimile: (305) 373-6204

By: */s/ Michael Winkleman*
    **MICHAEL A. WINKLEMAN**
    Florida Bar No. 36719
    mwinkleman@lipcon.com

---

[1] Simultaneous with the filing of this Notice, Plaintiffs' counsel files a Motion to Withdraw as counsel of record from *only* the Delacroix family (4 named Plaintiffs) based on irreconcilable differences which arose immediately after mediation in this matter.

1

LIPCON, MARGULIES, ALSINA & WINKLEMAN, P.A.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY**, that on April 22, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record pro se parties identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: */s/ Michael Winkleman*
**MICHAEL A. WINKLEMAN**

## SERVICE LIST
*Crusan v. Carnival Corp.*
**Case No.: 13-CV-20816-KMW**

*Attorneys for Plaintiff*:
**MICHAEL A. WINKLEMAN**
Florida Bar No.:  36719
mwinkleman@lipcon.com
LIPCON, MARGULIES,
ALSINA & WINKLEMAN, P.A.
One Biscayne Tower, Suite 1776
2 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 373-3016
Facsimile:  (305) 373-6204


*Attorneys for Defendant Carnival Corp.:*
**CURTIS J. MASE**
Florida Bar No. 478083
cmase@maselara.com
MASE, LARA, P.A.
2601 South Bayshore Drive, Suite 800
Miami, Florida 33133
Telephone:  (305) 377-3770
Facsimile:   (305) 377-0080